

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2018

No. 04-18-00663-CR

**IN RE** Reginald **NELSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                   Marialyn Barnard, Justice
                   Patricia O. Alvarez, Justice

      This court has construed relator's letter dated October 2, 2018 referring to this original proceeding cause number as a motion for rehearing. The motion is DENIED.

      It is so **ORDERED** on October 17, 2018.

_____
Sandee Bryan Marion, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2005CR1719A, styled *Ex parte Reginald Nelson*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Catherine Torres-Stahl presiding.